IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANIEL MARBACH,

   Petitioner,

vs.

FEDERAL BUREAU OF PRISONS;
FEDERAL CORRECTIONAL
INSTITUTION - JESUP; JOSE
VASQUEZ, Warden, and SCOTT
SCHLEDER, Disciplinary Hearing
Officer,

   Respondents.

CIVIL ACTION NO.: CV205-258

## ORDER

Petitioner, an inmate at the Federal Correctional Institution in Jesup, Georgia, has filed an action under 28 U.S.C. § 2241.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order upon: (1) the Attorney General of the United States; (2) the named Respondents; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to FED. R. CIV. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Respondent by registered or certified mail.

Respondents are hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

**SO ORDERED**, this 5th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)