IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANIEL MARBACH,

    Petitioner,

vs.

FEDERAL BUREAU OF PRISONS;
FEDERAL CORRECTIONAL
INSTITUTION - JESUP; JOSE
VASQUEZ, Warden, and SCOTT
SCHLEDER, Disciplinary Hearing
Officer,

    Respondents.

CIVIL ACTION NO.: CV205-258

## ORDER

The Court has entered an Order granting the Respondents' Motion for Extension of Time to respond to the Court's show cause order. Accordingly, Petitioner's Motion to Dismiss Respondent's motion is moot. Said motion to dismiss is **DISMISSED**.

**SO ORDERED**, this 9th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)